**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Mary Peggy MOORE, Defendant–
Appellant.**

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Lee Roy WILEY, Defendant–Appellant.**

**Nos. 94–30453, 94–30454.**

United States Court of Appeals,
Ninth Circuit.

Nov. 5, 1996.

---

94

Before: HUG, Chief Judge.

ORDER

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that these cases be reheard by the en banc court pursuant to Circuit Rule 35–3.